**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**KIMBERLY CHASE, JOE SANTIAGO, ZAIDA GONZALEZ, BRIAN FETTERMAN, STEVEN MORALES, and RAGAEL RODRIGUEZ,** individually and on behalf of others similarly situated,

            **Plaintiffs,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:06-cv-843-Orl-22KRS**

**OAK STREET MORTGAGE, LLC,**

            **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** DEFENDANT'S MOTION TO STRIKE COLLECTIVE ACTION (Doc. No. 9)
>
> **FILED:** August 15, 2006
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

In the present motion, Defendant Oak Street Mortgage, LLC (Oak Street) asks the Court to strike from the Plaintiffs' complaint references to a collective action. At this stage of the litigation, the Court has not conditionally certified a class, approved notice to putative class members, or permitted class based discovery. Reaching out to the class certification question, which is essentially what Oak Street asks the Court to do, in the guise of a motion to strike is inappropriate at this point

in the proceedings. As can been seen from the length and detail of the parties' papers, the issue of whether this case may proceed as a collective action is not one that clearly has "no possible relationship to the controversy . . . ." *See Coca-Cola Foods v. Empresa Comercial Internacional*, 941 F. Supp. 1182, 1184 (M.D. Fla. 1996).

**DONE** and **ORDERED** in Orlando, Florida on September 29, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties